# EXHIBIT B








We offer unparalleled service for all forms of your prisoner transporation needs. Our core focus is Safety, Timeliness and Efficiency. From beginning t end, PTS staff will coordinate everything and provide around the clock oversight and support to our agents on the road.



Our state of the art prisoner transport includes **24 hour Real Time GPS Tracking!**

Our Agents understand the importance of safety, timeliness, and efficiency. They are trained and compensated to achieve excellence in each of these categories.

PTS employees are available 24/7/365 to customers with any questions regarding prisoner tracking. Addtional office staff supports these functions and the day-to-day operations of the company.





### Safety

Moving over 100,000 detainees per year, we understand safety! We go the extra mile to ensure staff and detainee safety every step of the way.

### Timeliness

You never have to worry about timeliness with PTS. Our highly coordinated logistic team ensures that your detaineed arrives at his/her destination on time.

### Efficiency

As one of the very few nationwide prisoner transp operators in the United States, we have efficiencie in routes that enables us to pass the savings on tc you.



© 2015 PTS of America, LLC., All Rights Reserved.



https://prisonertransport.net/services.html                    5/12/2016