# EXHIBIT E

# Welcome to PTS of America's EXTRADITION OVERVIEW





- ## *PTS of AMERICA, LLC*

- THE FINEST IN THE WORLD
- IT'S HARD TO BE HUMBLE WHEN YOU'RE THE VERY BEST!!!
- BASIC and RECURRENT AGENT TRAINING
- WELCOME ABOARD!!!

PTS 000301

# Civil and Criminal Liabilities

- Know and understand Policies and Procedures
- Implement and Enforce Policy and Procedures
- Know, understand and protect the Rights of Prisoners.

- Prisoners have the Right to be Free From Harassment and Discrimination
- Prisoners have the Right not to receive Cruel and Unusual Punishment
- Prisoners have the Right to receive Medical Treatment
- Prisoners have the Right to be Transported in a Safe, Secure and Humane manner.

PTS 000311

# STEPS IN PREPARING FOR TRANSPORTION OF PRISONERS

Examine institutional record . . .

a. Check medical clearance, and a 10 day supply of medication as needed for your trip.
b. Identify personality and behavioral traits or problems (if any) with the prisoner.
c. Determine if there is any escape history in the paperwork.
d. Check both mental and physical condition of prisoner.

PTS 000318

# PICK UP INTERVIEW

## <u>ALWAYS</u> INTERVIEW THE PRISONER IN PRIVATE!
## DO NOT DISCUSS MEDICAL ISSUES IN FRONT OF OTHERS!
### (This is a HIPAA requirement!)

## OBTAIN AS MUCH INFORMATION AS POSSIBLE FROM OTHER OFFICERS AND/OR SOURCES IN THE FACILITY