# EXHIBIT F



# Policy on Humane Treatment of Inmates

We are in total compliance with Jenna's Act, also known as the Interstate Transportation of Dangerous Criminals Act of 2000.

Prisoners will at all times be free from harassment and discrimination. They also have the right not to receive cruel and unusual punishment. We do not punish anyone. Prisoners have the right to receive medical care and treatment upon demand. Prisoners have the right to be transported in a safe, secure and humane manner.

At all times, prisoners have protection from unlawful or unwarranted or misplaced authority of other prisoners on our equipment. At all times we maintain separate compartments for male and female prisoners and we always shall separate adults and juveniles.

All employees are responsible for reporting any violations of prisoner's rights to their immediate supervisor or the next person available staff member in the chain of command.

All employees shall do their jobs well; follow policies, procedures and training to the letter. Never bend the rules for any prisoner, no matter how innocent the circumstances appear.

Never be alone with a prisoner of the opposite sex.

All prisoners shall be treated with the utmost of respect.

Always keep thorough and legible records of all prisoners on our equipment.

Be totally aware of the legal rights of all prisoners on board our equipment.



EXHIBIT 3