# EXHIBIT G

# DAVIESS COUNTY DETENTION CENTER

3337 HWY 60 E.--OWENSBORO, KY 42303
Phone: (270) 685-8466
Fax: (270) 685-8449

**Facility Admission Report**

| | |
|---|---|
| **Booking #** 2157711 | **Jacket#** 153665 |

Detainee Name: WEINTRAUB, WILLIAM DAVID
Alias:
SSN: 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
Birth Place: NY
Address: PO BOX 3344
City: BOLDER
State: CO
Zip Code: 80307
Phone:
Occupation:

Mi:
D
Ma
#

US Citizen: ☑

*MEDICAL File* (handwritten)

**WEINTRAUB, WILLIAM DAVID**

| | |
|---|---|
| Sex: Male | Hair Color: BROWN |
| Race: White | Eye Color: BROWN |
| Height: 6' 8" | Complexion: FAIR |
| Weight (lbs.): 280 | Build: LARGE |
| Other Features: SCAR R/RING FINGER | |

Arresting Authority: PRISONER TRANSPORT SERVICE
Arresting Officer: PTS
Searching Officer: ISBILL, CHRIS
Booking Officer: EDGELL, W. DEWAYNE
Book Date/Time: 04/18/2014 11:31
Last Rebook Date/Time:
Booking Asistant Officer(s):

Telephone Call: NO
Number Called:
Cell Assignment: B1B184
Classification: CONTRACT
County of Charge:

## Property Storage Location(s):

### Contact Information

| Contact Type | Name | Address | City | State | Zip Code | Phone |
|---|---|---|---|---|---|---|
| | | | | | | |

### Current Charges

Case #:          Case Bond Type:          Case Bond Amount:

| Charge Case # | Charge Code | Counts | Charge Description | Citation/Control # | Charge Bond | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

I certify that the above information is correct to the best of my knowledge.

Detainee Signature                        Staff Signature



Plf's Ex 2
Witness *Stacy*
Date 1-28-16   SL

## Standard Medical/Mental Health Questions

**Name:** WEINTRAUB, WILLIAM DAVID - (2157711)
**Date of Birth:** 10/07/1966

**Interviewer:** EDGELL, W. DEWAYNE          **Date / Time:** 04/18/2014 11:33

| Yes | No | |
|-----|-----|---|
| ☑ | ☐ | Do you have a Medical, Mental or Developmental Disability that needs attention? |
| | | THYROID |
| ☑ | ☐ | Are you currently taking any prescription medication(s)? |
| | | LEVOTHIROXIM SODIUM |
| ☐ | ☑ | Have you ever attempted suicide or self mutilation? |
| ☐ | ☑ | Are you currently thinking about suicide or self mutilation? |
| ☐ | ☑ | Have you been hospitalized for emotional problems with the last year? |
| ☐ | ☑ | Have you recently ingested a dangerous level or drugs and/or alcohol? |
| ☐ | ☑ | Have you ever experienced DT's or other withdrawals from drugs or alcohol? |
| ☐ | ☑ | Have you ever suffered a head trauma that required hospitalization? |
| ☑ | ☐ | Do you have any food or medication allergies? |
| | | TAO |
| ☐ | ☑ | Have you experienced or do you now have a cough that has existed longer than 3 weeks? |
| ☐ | ☑ | Have you recently experienced a loss of appetite? |
| ☐ | ☑ | Have you recently experienced night sweats? |
| ☐ | ☑ | Have you recently experienced excessive fatigue? |
| ☐ | ☑ | Have you recently or do you now have a fever? |
| ☐ | ☑ | Have you lost 5 or more pounds in the last month? |
| ☐ | ☑ | Are you diabetic? |
| ☑ | ☐ | Do you understand to receive medical care, a Sick Call Form must be completed? |
| ☑ | ☐ | Do you understand to notify staff immediately if you need emergency medical care? |
| ☑ | ☐ | Do you understand that Medical Care may be refused at any time by you? |
| ☐ | ☑ | Are you pregnant? |

_____          _____
Detanee's Signature                               Officer's Signature

PTS

## Narrative Progress Note

Inmate's Name  Weintraub, William  ID Number

| Date / Time | SOA | PLAN |
|---|---|---|
| 4/24/14 1600 | I/m to medical. c/o intense abdominal pain after passing gallstone last night. I/m c/o PM and antacid. I/m also has been having nausea and vomiting. States he was vomiting blood, no one saw it. I/m did vomit after lunch, witnessed by RN. VS 140/85-109-22. Appears in pain. Will notify MD. ———— D. Bectel, RN | |
| 1730 | Spoke c̄ MD. I/m to leave c̄ PTS in a 30 min. @ new orders. Danielle Bethel, RN | error |
| (late entry) 1840 | I/m to leave c̄ PTS in appox 1 hour. I/m currently in cell, self ambulating, no c/o N/V, no s/s of distress. Gave oncoming nurse report on I/ms situation et upcoming transport. ———— D. Bethel, RN | |
| 1930 4/24/14 | Inmate aware of getting ready to leave on PTS bus. Requested something for pain. Tylenol 1000mg given PO @ this time per medication order. No s/s of distress noted @ this time ———— M. Gow | |

MO04
Revised: 11/2010
Revised: 07/2012

8184

BP 1515

## Protocol Medication Verification Form

Detainee Name: Weintraub, William

Date: 4/18/14

Allergies: TAO

Date of Birth: 10/7/1946

Time:

Vitals: BP: _____ Temp: _____ Pulse: _____ Resp: _____

Blood Sugar Results (If on medication): _____
Peak Flow Results (If on inhaler): _____
(Vitals if indicated)

| Date Rx Filled | # of Pills | Medication Name | Medication Dose | Medication Instructions | Approved Yes/No | Orders |
|---|---|---|---|---|---|---|
| 2/24/14 | 4 | Levothyroxine | 100mcg | 2 tabs QD | ✓ | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Practitioner's Name _____

Nurse/Officer's Name   Darnell Bentley

Received by: _____   Date: _____

Delivered by: _____   Date: _____

Implemented 1/10
Reviewed: 11/2012
Revised: 12/2012
Source: Medical Advisory Board

These protocols are designed to assist the staff in the gathering of information to be communicated to the medical staff. The protocols are not intended to establish a standard of medical care and are not standing orders. All treatments must be ordered and approved by a practitioner.

00-00a Medication Verification Form

PTS

( ) Telemedicine   ( ) New Visit   ( ) Follow-up
( ) MD   ( ) NP/PA   ( ) Nurse

**Medical Progress Note**

Date: 4/23/14   Time: 1640
Patient Name: Weintraub, William   DOB: 10/7/66
Allergies: *TAO*   Inmate ID #:

Subjective Complaint: C/o severe pain - in abdomen -   Duration: 2 days
reports "passing out in bathroom this AM" (No one reported)

Vitals: BP: 108/82   Pulse: 78   Resp: 20   Temp: 98.4   WT: 234   80"

| Objective | Labs | X-rays |
|---|---|---|
| Eye | | |
| Head, Ears, Nose, Throat | | |
| Lungs/Chest | | |
| Heart | | |
| Abdomen | | |
| Genito-Urinary | | |
| Musculoskeletal | MAE - | |
| Skin | W/D | |
| Neuro | A&O x3 | |
| Other | | |

Practitioner Assessment: I/m c/o severe pain in abdomen - specifically RUQ. & reports of N/V. I/m fidgeting & flailing on exam table. Unable to lay still for assessment of BS. Reports "can't stand the pain to lay like this" (supine). I/m requesting antacids to be restarted.

Plan: Notify MD   Prilosec 20mg daily
Tums if needed

No other complaints by patient:
Follow-up: PRN if condition worsens
Patient Education: ↑ fluid intake
Orders Processed By: Kim Stacy LPN

Kim Stacy LPN
Nurse Signature                    Practitioner Signature

MO02
Reviewed: 11/2010
Revised: 4/2012

04293

# County Jail
# Sick Call Request Form

Date: 4/2/14    Cell: A154    ID#: 215771

Inmate Name: William Weintraub   D.O.B. 10/7/66

Check Service Requested:

[x] Doctor/Nurse (      )
[ ] Dentist (      )
[ ] Prescription filled (      )
[x] Over the counter medication (      )

I wish to be seen at sick call because: (Please explain)
lots of pain in stomach, was on Malox 3x a day Before Picked up but it subsided and returned past few days, Very intense pain

1. No inmate will be denied medical care due to inability to pay or due to insufficient funds in the inmate's account.

2. Fees will be collected only for services requested by the inmate.

3. No inmate will be charged for medical services required by the County Jail (such as intake screening).

4. All fees will be immediately deducted from the inmate's account. If there are insufficient funds in the account the fees will be debited and the account will show a negative balance. Any money received by the inmate (except bond money) will be first used to satisfy the inmate's debt with the County Sheriff's Office before any money can be used for commissary purchases.

*Signatures are required. This acknowledges charges of the above requests.*

Inmate signature: William Weintr

Medical Staff signature: Kim Stauffer

Results of request:

Amount Charged to Inmate's Account:

Adopted 9/28/08
Revised: 11/2010
MO59

# MEDICAL & MENTAL HEALTH ROUNDS OF DETAINEE IN SEGREGATION

**INSTRUCTIONS:** Check box to indicate type of round. Record data and time rounds were made. Put a check in the appropriate column(s). Record comments, if applicable.

DETAINEE LAST NAME: Wantroule

FIRST NAME, MI: William

ID NUMBER:

FACILITY:

☐ MEDICAL ROUND   ☐ MENTAL HEALTH ROUND

| Date | Time | Initials | Responsive | Non-Responsive (See Comments) | No Complaints | Voiced Complaint (See Comments) | Signs of Injury/Illness (See Comments) | Mental Status Concerns (See Comments) | Comments (Record In Clinical Contact Notes if More Room is Needed) |
|---|---|---|---|---|---|---|---|---|---|
| 4/24 | 2035 | a | X | | | X | | | moved to cell. Says "I don't want to be in here" |
| 4/24 | 1130 | OB | X | | | X | | | eh nausea. denies other needs. A to client. |
| 4/24 | 1600 | OBS | | X | | X | | | pain, acid reflux. requesting meds, will call MD |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Distribution: Original—For Medical Rounds: Medical Chart. For Mental Health Rounds: MH10 Adopted: 9/2008 Revised: 9/2010

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Levothyroxine 150mcg 2 tabs QD 4/18/14 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prilosec 20 mg po daily 4/22/14 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|  | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|  | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

STARTING FOR April 2014     THROUGH

Physician Everson

Physician

Allergies

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No.

Medicaid Number     Medicare Number     Approved By Doctor     By     Title     Date

RESIDENT Weintraub, William     D.O.B. 10/7/66     Sex m     Room M149 B184     Patient Code PT3     Admission Date

4/24/14   730 Am   Im refused   levothyroxine   150 mcg
Refused to sign refusal. —— RVeach



## ADVANCED
### Correctional Healthcare

A Higher Standard. Delivered.

Daviess County Detention Center
3337 Highway 60 East
Owensboro KY 42303

Phone (270) 685.8466 *Fax (270) 685.8271

| To: Tim Edelen | From: Amy |
|---|---|
| CC: | Phone: |
| Fax: 270-781-9027 | Date: 050114 |
| Re: Weintraub | Pages: 10 |

* Urgent        * For Your Records        * Per Your Request        * Please Reply

This transmission (including attached pages) may contain medical information that is privileged or confidential and is intended only for the named addressee(s). If you are not a named addressee, you are hereby notified that any use, disclosure or copying of this transmission is prohibited. If you received this transmission in error, please destroy all copies and notify Advanced Correctional Healthcare by calling (309) 692-8100 immediately.