# EXHIBIT I

# FMCSA Motor Carrier



USDOT Number: **1106950**
Docket Number: **MC689407**
Legal Name: **PTS OF AMERICA LLC**

DBA (Doing-Business-As) Name **PTS**

---

**Addresses**

| | |
|---|---|
| Business Address: | **517 HICKORY HILLS BLVD** |
| | **WHITES CREEK, TN 37189** |
| Business Phone: | **(866) 388-8488** Business Fax: |
| Mail Address: | **PO BOX 121591** |
| | **NASHVILLE, TN 37212** |
| Mail Phone: | Mail Fax: Undeliverable Mail: **NO** |

**Authorities:**

| | | | | | |
|---|---|---|---|---|---|
| Common Authority: | **ACTIVE** | Application Pending: | **NO** | | |
| Contract Authority: | **NONE** | Application Pending: | **NO** | | |
| Broker Authority: | **NONE** | Application Pending: | **NO** | | |
| Property: | **NO** | Passenger: | **YES** | Household Goods: | **NO** |
| Private: | **NO** | Enterprise: | **NO** | | |

**Insurance Requirements:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BIPD Exempt: | **NO** | BIPD Waiver: | **NO** | BIPD Required: | **$5,000,000** | BIPD on File: | **$5,000,000** |
| Cargo Exempt: | **NO** | | | Cargo Required: | **NO** | Cargo on File: | **NO** |
| BOC-3: | **YES** | | | Bond Required: | **NO** | Bond on File: | **NO** |
| Blanket Company: | **SERVICE OF PROCESS AGENTS, INC.** | | | | | | |

Comments:

**Active/Pending Insurance:**

| | | | | |
|---|---|---|---|---|
| Form: | **91X** | Type: **BIPD/Primary** | Posted Date: | 12/10/2015 |
| Policy/Surety Number: | **CTN0007345908-5** | Coverage From: | $0 To: | **$5,000,000** |
| Effective Date: | **12/16/2015** | Cancellation Date: **06/24/2016** | | |

Insurance Carrier: NATIONAL CONTINENTAL INSURANCE CO.
Attn: CUSTOMER SERVICE
Address: P.O. BOX 94739
CLEVELAND, OH 44101 US
Telephone: (800) 444 - 4487 Fax: (440) 603 - 4555

**Rejected Insurances:**

Form: Type:
Policy/Surety Number: Coverage From: $0 To: $0
Received: Rejected:
Rejected Reason:

---

# FMCSA Motor Carrier

USDOT Number: **1106950**
Docket Number: **MC689407**
Legal Name: **PTS OF AMERICA LLC**

DBA (Doing-Business-As) Name **PTS**

FMCSA

**Insurance History:**

Form: **91X** Type: **BIPD/Primary**
Policy/Surety Number: **RTN 075-92-309** Coverage From **$0** To: **$1,500,000**
Effective Date From: **08/26/2009** To: **01/07/2010** Disposition: **Cancelled**

Insurance Carrier: NEW HAMPSHIRE INSURANCE CO.
Attn: AIG GLOBAL CASUALTY-MILTON WEST
Address: 503 CARR RD, 3RD FLOOR
WILMINGTON, DE 19809 US
Telephone: (888) 609 - 7046 Fax: (302) 830 - 4533

Form: **91X** Type: **BIPD/Primary**
Policy/Surety Number: **RTN 075-92309** Coverage From **$0** To: **$1,500,000**
Effective Date From: **01/07/2010** To: **03/22/2010** Disposition: **Cancelled**

Insurance Carrier: NEW HAMPSHIRE INSURANCE CO.
Attn: AIG GLOBAL CASUALTY-MILTON WEST
Address: 503 CARR RD, 3RD FLOOR
WILMINGTON, DE 19809 US
Telephone: (888) 609 - 7046 Fax: (302) 830 - 4533

Form: **91X** Type: **BIPD/Primary**
Policy/Surety Number: **CTN 000 7117086-0** Coverage From **$0** To: **$1,500,000**
Effective Date From: **03/22/2010** To: **08/26/2010** Disposition: **Cancelled**

Insurance Carrier: NATIONAL CONTINENTAL INSURANCE CO.
Attn: CUSTOMER SERVICE
Address: P.O. BOX 94739
CLEVELAND, OH 44101 US
Telephone: (800) 444 - 4487 Fax: (440) 603 - 4555

Form: **91X** Type: **BIPD/Primary**
Policy/Surety Number: **CTN 000 7117086-0** Coverage From **$0** To: **$1,500,000**
Effective Date From: **08/26/2010** To: **11/10/2010** Disposition: **Cancelled**

Insurance Carrier: NATIONAL CONTINENTAL INSURANCE CO.
Attn: CUSTOMER SERVICE
Address: P.O. BOX 94739
CLEVELAND, OH 44101 US
Telephone: (800) 444 - 4487 Fax: (440) 603 - 4555

# FMCSA Motor Carrier

USDOT Number: **1106950**
Docket Number: **MC689407**
Legal Name: **PTS OF AMERICA LLC**

DBA (Doing-Business-As) Name **PTS**



**Insurance History:**

| | |
|---|---|
| Form: **91X** | Type: **BIPD/Primary** |
| Policy/Surety Number: **CTN 000 7117086-0** | Coverage From **$0** To: **$1,500,000** |
| Effective Date From: **08/26/2010** To: **10/01/2010** | Disposition: **Replaced** |

Insurance Carrier: NATIONAL CONTINENTAL INSURANCE CO.
Attn: CUSTOMER SERVICE
Address: P.O. BOX 94739
CLEVELAND, OH  44101 US
Telephone: (800) 444 - 4487    Fax: (440) 603 - 4555

| | |
|---|---|
| Form: **91X** | Type: **BIPD/Primary** |
| Policy/Surety Number: **BAP6692541** | Coverage From **$0** To: **$2,000,000** |
| Effective Date From: **10/01/2010** To: **12/30/2011** | Disposition: **Replaced** |

Insurance Carrier: ZURICH AMERICAN INSURANCE COMPANY
Attn: MARIA ADAMSKI
Address: 1400 AMERICAN LANE
SCHAUMBURG, IL  60196-1056 US
Telephone: (800) 821 - 4635    Fax: (410) 261 - 7955

| | |
|---|---|
| Form: **91X** | Type: **BIPD/Primary** |
| Policy/Surety Number: **BAP6692541** | Coverage From **$0** To: **$2,000,000** |
| Effective Date From: **10/01/2010** To: **10/12/2010** | Disposition: **Replaced** |

Insurance Carrier: AMERICAN ZURICH INSURANCE COMPANY
Attn: MARIA ADAMSKI
Address: 1400 AMERAN LANE TI-18
SCHAUMBURG, IL  60196 US
Telephone: (800) 821 - 4635    Fax: (410) 261 - 7955

| | |
|---|---|
| Form: **91X** | Type: **BIPD/Primary** |
| Policy/Surety Number: **BAP6692541** | Coverage From **$0** To: **$1,000,000** |
| Effective Date From: **10/12/2010** To: **10/01/2010** | Disposition: **Replaced** |

Insurance Carrier: AMERICAN ZURICH INSURANCE COMPANY
Attn: MARIA ADAMSKI
Address: 1400 AMERAN LANE TI-18
SCHAUMBURG, IL  60196 US
Telephone: (800) 821 - 4635    Fax: (410) 261 - 7955

# FMCSA Motor Carrier

USDOT Number: **1106950**
Docket Number: **MC689407**
Legal Name: **PTS OF AMERICA LLC**

DBA (Doing-Business-As) Name **PTS**



**Insurance History:**

| Form: | **91X** | Type: | **BIPD/Primary** | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | **CTN 000 7184978-1** | Coverage From | **$0** | To: | **$1,500,000** | |
| Effective Date From: | **12/30/2011** | To: **07/16/2012** | Disposition: **Cancelled** | | | |

Insurance Carrier: NATIONAL CONTINENTAL INSURANCE CO.
Attn: CUSTOMER SERVICE
Address: P.O. BOX 94739
CLEVELAND, OH  44101 US
Telephone: (800) 444 - 4487     Fax: (440) 603 - 4555

| Form: | **91X** | Type: | **BIPD/Excess** | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | **EX000012684-01** | Coverage From | **$1,500,000** | To: | **$5,000,000** | |
| Effective Date From: | **03/27/2012** | To: **11/14/2012** | Disposition: **Cancelled** | | | |

Insurance Carrier: ADMIRAL INSURANCE COMPANY
Attn: RICHARD COLLINS
Address: 1255 CALDWELL RD, P.O. BOX 5725
CHERRY HILL, NJ  08034 US
Telephone: (203) 323 - 8286     Fax: (203) 323 - 8287

| Form: | **91X** | Type: | **BIPD/Excess** | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | **EX000012684-01** | Coverage From | **$1,000,000** | To: | **$4,500,000** | |
| Effective Date From: | **03/27/2012** | To: **08/30/2012** | Disposition: **Cancelled** | | | |

Insurance Carrier: ADMIRAL INSURANCE COMPANY
Attn: RICHARD COLLINS
Address: 1255 CALDWELL RD, P.O. BOX 5725
CHERRY HILL, NJ  08034 US
Telephone: (203) 323 - 8286     Fax: (203) 323 - 8287

| Form: | **91X** | Type: | **BIPD/Excess** | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | **EX000012684-01** | Coverage From | **$1,500,000** | To: | **$5,000,000** | |
| Effective Date From: | **03/27/2012** | To: **08/30/2012** | Disposition: **Cancelled** | | | |

Insurance Carrier: ADMIRAL INSURANCE COMPANY
Attn: RICHARD COLLINS
Address: 1255 CALDWELL RD, P.O. BOX 5725
CHERRY HILL, NJ  08034 US
Telephone: (203) 323 - 8286     Fax: (203) 323 - 8287

# FMCSA Motor Carrier



USDOT Number: **1106950**
Docket Number: **MC689407**
Legal Name: **PTS OF AMERICA LLC**

DBA (Doing-Business-As) Name **PTS**

**Insurance History:**

| Form: | **91X** | Type: | **BIPD/Excess** | | |
|---|---|---|---|---|---|
| Policy/Surety Number: | **EX000012684-01** | Coverage From | **$4,000,000** | To: | **$5,500,000** |
| Effective Date From: | **03/27/2012** | To: **08/30/2012** | Disposition: | **Cancelled** | |

Insurance Carrier: ADMIRAL INSURANCE COMPANY
Attn: RICHARD COLLINS
Address: 1255 CALDWELL RD, P.O. BOX 5725
CHERRY HILL, NJ  08034 US
Telephone: (203) 323 - 8286    Fax: (203) 323 - 8287

| Form: | **91X** | Type: | **BIPD/Excess** | | |
|---|---|---|---|---|---|
| Policy/Surety Number: | **EX000012684-01** | Coverage From | **$1,500,000** | To: | **$5,000,000** |
| Effective Date From: | **03/27/2012** | To: **03/27/2012** | Disposition: | **Replaced** | |

Insurance Carrier: ADMIRAL INSURANCE COMPANY
Attn: RICHARD COLLINS
Address: 1255 CALDWELL RD, P.O. BOX 5725
CHERRY HILL, NJ  08034 US
Telephone: (203) 323 - 8286    Fax: (203) 323 - 8287

| Form: | **91X** | Type: | **BIPD/Primary** | | |
|---|---|---|---|---|---|
| Policy/Surety Number: | **CTN 000 7184978-1** | Coverage From | **$0** | To: | **$1,500,000** |
| Effective Date From: | **07/16/2012** | To: **10/16/2012** | Disposition: | **Cancelled** | |

Insurance Carrier: NATIONAL CONTINENTAL INSURANCE CO.
Attn: CUSTOMER SERVICE
Address: P.O. BOX 94739
CLEVELAND, OH  44101 US
Telephone: (800) 444 - 4487    Fax: (440) 603 - 4555

| Form: | **91X** | Type: | **BIPD/Primary** | | |
|---|---|---|---|---|---|
| Policy/Surety Number: | **74APS037866** | Coverage From | **$0** | To: | **$1,500,000** |
| Effective Date From: | **10/16/2012** | To: **11/21/2012** | Disposition: | **Replaced** | |

Insurance Carrier: NATIONAL INDEMNITY COMPANY OF THE SOUTH
Attn: FILING ADMINISTRATOR
Address: 1314 DOUGLAS STREET, SUITE 1400
OMAHA, NE  68102-1944 US
Telephone: (866) 720 - 7861    Fax:

# FMCSA Motor Carrier

USDOT Number: **1106950**
Docket Number: **MC689407**
Legal Name: **PTS OF AMERICA LLC**

DBA (Doing-Business-As) Name **PTS**



**Insurance History:**

Form: **91X**    Type: **BIPD/Primary**
Policy/Surety Number: **74APS037866**    Coverage From **$0**    To: **$5,000,000**
Effective Date From: **11/21/2012**    To: **10/16/2013**    Disposition: **Cancelled**

Insurance Carrier: NATIONAL INDEMNITY COMPANY OF THE SOUTH
Attn: FILING ADMINISTRATOR
Address: 1314 DOUGLAS STREET, SUITE 1400
OMAHA, NE  68102-1944 US
Telephone: (866) 720 - 7861    Fax:

Form: **91X**    Type: **BIPD/Primary**
Policy/Surety Number: **74APS044432**    Coverage From **$0**    To: **$5,000,000**
Effective Date From: **10/16/2013**    To: **12/16/2013**    Disposition: **Cancelled**

Insurance Carrier: NATIONAL INDEMNITY COMPANY OF THE SOUTH
Attn: FILING ADMINISTRATOR
Address: 1314 DOUGLAS STREET, SUITE 1400
OMAHA, NE  68102-1944 US
Telephone: (866) 720 - 7861    Fax:

Form: **91X**    Type: **BIPD/Primary**
Policy/Surety Number: **CTN 000 7345908-3**    Coverage From **$0**    To: **$5,000,000**
Effective Date From: **12/16/2013**    To: **04/09/2014**    Disposition: **Cancelled**

Insurance Carrier: NATIONAL CONTINENTAL INSURANCE CO.
Attn: CUSTOMER SERVICE
Address: P.O. BOX 94739
CLEVELAND, OH  44101 US
Telephone: (800) 444 - 4487    Fax: (440) 603 - 4555

Form: **91X**    Type: **BIPD/Primary**
Policy/Surety Number: **CTN0007345908-3**    Coverage From **$0**    To: **$5,000,000**
Effective Date From: **12/16/2013**    To: **12/16/2013**    Disposition: **Replaced**

Insurance Carrier: NATIONAL CONTINENTAL INSURANCE CO.
Attn: CUSTOMER SERVICE
Address: P.O. BOX 94739
CLEVELAND, OH  44101 US
Telephone: (800) 444 - 4487    Fax: (440) 603 - 4555

# FMCSA Motor Carrier

USDOT Number: **1106950**
Docket Number: **MC689407**
Legal Name: **PTS OF AMERICA LLC**

DBA (Doing-Business-As) Name **PTS**



**Insurance History:**

| Form: **91X** | Type: **BIPD/Primary** | | |
|---|---|---|---|
| Policy/Surety Number: **CTN 000 7345908-3** | Coverage From **$0** | To: | **$5,000,000** |
| Effective Date From: **04/09/2014** To: **06/27/2014** | Disposition: **Cancelled** | | |

Insurance Carrier: NATIONAL CONTINENTAL INSURANCE CO.
Attn: CUSTOMER SERVICE
Address: P.O. BOX 94739
CLEVELAND, OH  44101 US
Telephone: (800) 444 - 4487    Fax: (440) 603 - 4555

| Form: **91X** | Type: **BIPD/Primary** | | |
|---|---|---|---|
| Policy/Surety Number: **CTN 000 7345908-3** | Coverage From **$0** | To: | **$5,000,000** |
| Effective Date From: **06/27/2014** To: **09/05/2014** | Disposition: **Cancelled** | | |

Insurance Carrier: NATIONAL CONTINENTAL INSURANCE CO.
Attn: CUSTOMER SERVICE
Address: P.O. BOX 94739
CLEVELAND, OH  44101 US
Telephone: (800) 444 - 4487    Fax: (440) 603 - 4555

| Form: **91X** | Type: **BIPD/Primary** | | |
|---|---|---|---|
| Policy/Surety Number: **CTN 000 7345908-3** | Coverage From **$0** | To: | **$5,000,000** |
| Effective Date From: **09/05/2014** To: **12/16/2014** | Disposition: **Cancelled** | | |

Insurance Carrier: NATIONAL CONTINENTAL INSURANCE CO.
Attn: CUSTOMER SERVICE
Address: P.O. BOX 94739
CLEVELAND, OH  44101 US
Telephone: (800) 444 - 4487    Fax: (440) 603 - 4555

| Form: **91X** | Type: **BIPD/Primary** | | |
|---|---|---|---|
| Policy/Surety Number: **CTN 000 7345908-4** | Coverage From **$0** | To: | **$5,000,000** |
| Effective Date From: **12/16/2014** To: **02/13/2015** | Disposition: **Cancelled** | | |

Insurance Carrier: NATIONAL CONTINENTAL INSURANCE CO.
Attn: CUSTOMER SERVICE
Address: P.O. BOX 94739
CLEVELAND, OH  44101 US
Telephone: (800) 444 - 4487    Fax: (440) 603 - 4555

# FMCSA Motor Carrier



USDOT Number: **1106950**
Docket Number: **MC689407**
Legal Name: **PTS OF AMERICA LLC**

DBA (Doing-Business-As) Name **PTS**

**Insurance History:**

Form: **91X**  Type: **BIPD/Primary**
Policy/Surety Number: **CTN 000 7345908-4**  Coverage From **$0**  To: **$5,000,000**
Effective Date From: **02/13/2015**  To: **03/17/2015**  Disposition: **Cancelled**

Insurance Carrier: NATIONAL CONTINENTAL INSURANCE CO.
Attn: CUSTOMER SERVICE
Address: P.O. BOX 94739
CLEVELAND, OH  44101 US
Telephone: (800) 444 - 4487  Fax: (440) 603 - 4555

Form: **91X**  Type: **BIPD/Primary**
Policy/Surety Number: **CTN 000 7345908-4**  Coverage From **$0**  To: **$5,000,000**
Effective Date From: **03/17/2015**  To: **09/02/2015**  Disposition: **Cancelled**

Insurance Carrier: NATIONAL CONTINENTAL INSURANCE CO.
Attn: CUSTOMER SERVICE
Address: P.O. BOX 94739
CLEVELAND, OH  44101 US
Telephone: (800) 444 - 4487  Fax: (440) 603 - 4555

Form: **91X**  Type: **BIPD/Primary**
Policy/Surety Number: **CTN 000 7345908-4**  Coverage From **$0**  To: **$5,000,000**
Effective Date From: **09/02/2015**  To: **12/16/2015**  Disposition: **Cancelled**

Insurance Carrier: NATIONAL CONTINENTAL INSURANCE CO.
Attn: CUSTOMER SERVICE
Address: P.O. BOX 94739
CLEVELAND, OH  44101 US
Telephone: (800) 444 - 4487  Fax: (440) 603 - 4555

**Authority History:**

| Sub No. | Authority Type | Original Action | | Disposition Action | |
|---|---|---|---|---|---|
| | MOTOR PASSENGER COMMON CARRIER | REINSTATED | 11/29/2012 | | |
| | MOTOR PASSENGER COMMON CARRIER | REINSTATED | 08/01/2012 | REVOKED | 11/20/2012 |
| | MOTOR PASSENGER COMMON CARRIER | REINSTATED | 11/24/2010 | REVOKED | 07/23/2012 |
| | MOTOR PASSENGER COMMON CARRIER | GRANTED | 04/23/2010 | REVOKED | 11/16/2010 |

# FMCSA Motor Carrier



USDOT Number: **1106950**
Docket Number: **MC689407**
Legal Name: **PTS OF AMERICA LLC**

DBA (Doing-Business-As) Name **PTS**

**Pending Application:**

| Authority Type | Filed | Status | Insurance | BOC-3 |
|---|---|---|---|---|
|  |  |  |  |  |

**Revocation History:**

| Authority Type | 1st Serve Date | 2nd Serve Date | Reason |
|---|---|---|---|
| COMMON | 10/18/2012 | 11/20/2012 | INVOLUNTARY REVOCATION |
| COMMON | 06/19/2012 | 07/23/2012 | INVOLUNTARY REVOCATION |
| COMMON | 10/14/2010 | 11/16/2010 | INVOLUNTARY REVOCATION |